UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

         -against-

MOHAMMAD HADI,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

SATISFACTION OF JUDGMENT

Docket No. CR-17-0409
(Locke, J.)

WHEREAS, a judgment was imposed against the defendant and in favor of the

United States of America, in the amount of $22,259.96, that is, restitution in the amount of

$17,234.96, plus interest, a fine in the amount of $5,000.00, plus interest, and a special

assessment in the amount of $25.00, on May 28, 2024, in the above-captioned case, and

thereafter entered on the docket sheet by the Clerk of the Court on May 28, 2024; and

WHEREAS, said judgment has been fully paid as to the defendant

MOHAMMAD HADI;

THEREFORE, the Clerk of the Court is hereby authorized and requested to

cancel, satisfy and discharge the same solely as to the defendant MOHAMMAD HADI.

Dated:      Brooklyn, New York
           March 6, 2026

                                   JOSEPH NOCELLA, JR.
                                   United States Attorney
                                   Eastern District of New York
                                   271 Cadman Plaza East, 8th Fl.
                                   Brooklyn, New York 11201

               By:           /s/
                                   DANIEL G. SAAVEDRA
                                   Assistant U.S. Attorney
                                   (718) 254-6360